Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
E-Mail: susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>DEMEX ENGINEERING, INC., a California Corporation; and UWE GUEHNEMANN, an individual,<br><br>Defendants. | Case No.: CV 08 4215 MEJ<br><br>**NOTICE OF BANKRUPTCY FILING; AUTOMATIC STAY** |

Plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California, Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California, Board of Trustees of the Laborers Pension Trust Fund for Northern California and Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California ("Laborers Trust Funds") hereby notify this Court that on October 3, 2008, Demex Engineering, Inc. filed its Notice of Bankruptcy, Ch. 11, in the United States Bankruptcy Court, Northern

District of California, Case No. 08-31873 TEC. A true and correct copy of the Notice of Bankruptcy Case Filing is attached as Exhibit A to the Declaration of Ronald L. Richman re Notice of Automatic Stay. This action should therefore be stayed as to Defendant Demex Engineering, Inc. pursuant to 11 U.S.C. § 362(a).

In the current action, Plaintiffs Laborers Trust Funds seek an audit of Demex Engineering, Inc. to verify the outstanding employer contributions due and owing Plaintiffs Trust Funds. Bankruptcy counsel for Demex Engineering, Inc. has allowed the audit and the audit will take place on November 10, 2008.

Although Defendant Uwe Guehnemann has not filed for bankruptcy protection, the claims against him, individually, are derivative of the claims against Demex Engineering, Inc. and therefore, Plaintiffs Laborers Trust Funds recommend that the entire action be stayed pending the bankruptcy of Demex Engineering, Inc.

DATED: October 13, 2008

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman

Attorneys for Plaintiffs Laborers Trust Funds

10848806.1

Dated: October 29, 2008



GRANTED
Judge Maria-Elena James

NOTICE OF BANKRUPTCY FILING; AUTOMATIC STAY