UNITED STATES DISTRICT COURT

Northern District of California

BOARD OF TRUSTEES

        Plaintiff(s),                 No. C 08-04215 MEJ

  v.

DEMEX ENGINEERING                **ADMINISTRATIVE CLOSURE**

        Defendant(s).
_____/

On October 14, 2008, defendant filed a Notice of Bankruptcy. As there appears to be no reason at this time to maintain the file as an open case, the Court finds an administrative closure appropriate and instructs the Clerk of Court to close this case for statistical purposes. Nothing contained in this Order shall be considered a dismissal or disposition of this action and, should further proceedings in this litigation become necessary when the bankruptcy stay is lifted, any party may initiate it in the same manner as if this Order had not been entered.

**IT IS SO ORDERED.**

Dated: July 1, 2009

_____
Maria-Elena James
Chief United States Magistrate Judge